No. 75–6438.  MORGAN v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 74–5830.  MORRIS ET AL. v. SULLIVAN, COMMISSIONER OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 75–5817.  SMITH v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 75–324.  EXXON CORP. ET AL. v. ENVIRONMENTAL PROTECTION AGENCY;

No. 75–325.  TEXAS CHEMICAL COUNCIL v. ENVIRONMENTAL PROTECTION AGENCY; and

No. 75–326.  HARRIS COUNTY, TEXAS v. ENVIRONMENTAL PROTECTION AGENCY.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.  Reported below: 499 F. 2d 289.